FILED
APR 28 1983 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name ___WEAVER_____WILLIE_____
(Last)                        (First)                    (Initial)

Prisoner Number ____T-91389_____

Institutional Address ___PELICAN BAY/STATE PRISON P.O.___
__Box 7000 CRESCENT CITY, CA, 95531.__

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

___WILLIE WEAVER_____   )
(Enter the full name of plaintiff in this action.)   )

CV 08 2190

                    vs.                )   Case No. _____
                                       )   (To be provided by the Clerk of Court)
__WARDEN, ASSIST WARDEN,__   )
__CAPTAIN, LIEUTENANT,__   )   **COMPLAINT UNDER THE**
__SERGEANT, CORRECTIONAL__   )   **CIVIL RIGHTS ACT,**
__OFFICERS, THIRD WATCH 04/13/08__   )   **Title 42 U.S.C § 1983**   (PR)
(Enter the full name of the defendant(s) in this action)   )

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement _____P.S.U_____

B.   Is there a grievance procedure in this institution?

YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1    1. Informal appeal _____

2    _____

3    _____

4    2. First formal level_____

5    _____

6    _____

7    3. Second formal level_____

8    _____

9    _____

10    4. Third formal level _____

11    _____

12    _____

13    E.    Is the last level to which you appealed the highest level of appeal available to

14    you?

15        YES ( )    NO (✓)

16    F.    If you did not present your claim for review through the grievance procedure,

17    explain why.___ STILL BEING PROCESSED _____

18    _____

19    _____

20    II.    Parties.

21    A.    Write your name and your present address. Do the same for additional plaintiffs,

22    if any.

23    WILLIE WEAVER PELICAN BAY STATE

24    PRISON P.O. BOX 7000 CRESCENT CITY, CA

25    95531.

26    B.    Write the full name of each defendant, his or her official position, and his or her

27    place of employment.

28    WARDEN, ASSIST WARDEN, CAPTAIN
LIEUTENANT, SERGEANT, CORRECTIONAL
OFFICERS, THIRD WATCH 04/13/08

COMPLAINT    -2-

III.    Statement of Claim.

State here as briefly as possible the facts of your case.  Be sure to describe how each defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

( DEFENDANT HARRASSING PLAINTIFF THREATING PLAINTIFF CELL 204, CELL 207, 209 WHITE INMATES CALLING PLAINTIFF -N- WORDS ) ( CELL 204, THREATING PLAINTIFF, SAYING YOU BETTER GET THE FUCK OUT OF HERE 210 ,) —THIS SUPPOSE TO BE THE QUIET SECTION, ON 04/13/08 DEFENDANT'S SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

LIABILITY DAMAGES : 50.000 FIFTY THOUSAND DOLLARS DUE TO HARRASSMENTS CONSPIRACY, U.S. CONSTITUTION VIOLATION PUNITIVE DAMAGES : 50.000 FIFTY THOUSAND DOLLARS DUE TO MENTAL ANGUISH, STRESS DISORDER

COMPLAINT

1 _____

2 _____

3 _____

4 _____

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this ____O4____ day of ____I 3_____, 20__O8__

8

9    _____Willip Weaver_____

10                          (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -